FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3142
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-01202-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including June 30, 2017, to respond to the Complaint on file herein. Defense counsel has just recently been retained and needs further time to review and evaluate the case. This is the first request

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 32913069.1

- 1 -

for an extension of time to respond to the Complaint.

| DATED this 24th day of May, 2017 | DATED this 24th day of May, 2017 |
|---|---|
| FISHER & PHILLIPS LLP | THE WILCHER FIRM |
| By: /s/Allison L. Kheel, Esq. | By: /s/Whitney C. Wilcher, Esq. |
| Mark Ricciardi, Esq.<br>Allison L. Kheel, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | Whitney C. Wilcher, Esq.<br>8465 West Sahara Ave.<br>Suite 111-236<br>Las Vegas, NV 89117<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: May 26, 2017